IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Phyllis M. Knight, a/k/a Phyllis M. Knight Bey D.M., | |
| Plaintiff and counterclaim defendant, | 8:21-CV-408 |
| vs. | ORDER |
| Lachelle A. Phillips and Arthur Phillips, | |
| Defendants and counterclaimants. | |

The plaintiff and counterclaim defendant, Phyllis M. Knight, has filed a motion to dismiss (filing 29) the counterclaim asserted by the defendants and counterclaimants, Lachelle A. and Arthur Phillips. Accordingly,

IT IS ORDERED:

1. The Phillipses may file their response to the motion to dismiss (filing 29) on or before October 24, 2022.

2. Knight may reply in support of her motion on or before November 4, 2022.

Dated this 23rd day of September, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge