IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Phyllis M. Knight, a/k/a Phyllis M. Knight Bey D.M., | |
| Plaintiff and counterclaim defendant, | 8:21-CV-408 |
| vs. | ORDER |
| Lachelle A. Phillips and Arthur Phillips, | |
| Defendants and counterclaimants. | |

The plaintiff and counterclaim defendant, Phyllis M. Knight, has filed an amended motion (filing 31) to dismiss the counterclaim asserted by the defendants and counterclaimants, Lachelle and Arthur Phillips. Accordingly,

IT IS ORDERED:

1. Knight's superseded motion to dismiss (filing 29) is denied as moot.

2. The Phillipses may file their response to the amended motion to dismiss (filing 31) on or before October 27, 2022.

3. Knight may reply in support of her motion on or before November 7, 2022.

Dated this 26th day of September, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge