IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHYLLIS M. KNIGHT,<br><br>Plaintiff,<br><br>vs.<br><br>LACHELLE A. PHILLIPS, and ARTHUR PHILLIPS,<br><br>Defendants. | 8:21CV408<br><br>ORDER |

Plaintiff, who is proceeding pro se and in forma pauperis, submitted a document to the Court requesting the issuance of a subpoena so she can obtain the audio recording of the conference call that took place on September 8, 2022. The Court will construe this document as a request for copies because the information Plaintiff seeks is on the Court docket and can be accessed through the Court's electronic filing system. Because Plaintiff is not a registered user of the Court's electronic filing system, the Court will direct the Clerk of Court to send Plaintiff a copy of the recording.

**IT IS ORDERED** that the Clerk of Court shall mail Plaintiff a CD of the audio recording of the September 8, 2022 telephone conference. ([Filing No. 26](#).) The CD shall be provided free of charge.

Dated this 24th day of January, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge