IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Phyllis M. Knight, a/k/a Phyllis M. Knight Bey D.M., | |
| Plaintiff and counterclaim defendant, | 8:21-CV-408 |
| vs. | ORDER |
| Lachelle A. Phillips and Arthur Phillips, | |
| Defendants and counterclaimants. | |

The plaintiff has objected (filing 57) to the Magistrate Judge's order (filing 56) denying her demands for third-party discovery. A district court may reconsider a magistrate judge's ruling on nondispositive pretrial matters only where it has been shown that the ruling is clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); *Ferguson v. United States*, 484 F.3d 1068, 1076 (8th Cir. 2007). The Magistrate Judge's order here was neither. Accordingly,

IT IS ORDERED that the plaintiff's objection (filing 57) is overruled.

Dated this 16th day of May, 2023.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Senior United States District Judge