# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHYLLIS M. KNIGHT,<br><br>               Plaintiff,<br><br>vs.<br><br>LACHELLE A. PHILLIPS, and ARTHUR PHILLIPS,<br><br>               Defendants. | **8:21CV408**<br><br>**SECOND AMENDED<br>TRIAL SETTING ORDER** |

Having received the pretrial submissions by Plaintiff Phyllis M. Knight and Defendant Lachelle A. Phillips, the pretrial conference is canceled and trial in this matter shall be scheduled.[1]

Accordingly,

IT IS ORDERED:

1) The **Final Pretrial Conference** scheduled for November 30, 2023, is canceled.

2) The **jury** trial of this case is set to commence before **John M. Gerrard, United States District Judge,** in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m.** on **March 18, 2024**, or as soon thereafter as the case may be called, for a duration of **two** trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

3) Motions in limine and motions seeking pretrial evidentiary hearings regarding the admissibility of evidence shall be filed no later than twenty-eight (28) days before trial.

Dated this 27th day of November, 2023.

                                                            BY THE COURT:

                                                            s/ Susan M. Bazis<br>
                                                            United States Magistrate Judge

---

[1] Plaintiff Phyllis M. Knight and Defendant Lachelle A. Phillips submitted their exhibits with their proposed pretrial orders. The exhibits were forwarded to Judge Gerrard's chambers. The proposed pretrial orders have been filed. The Court has not received any submissions from Defendant Arthur Phillips and mail to Mr. Phillips' last known address was returned as undeliverable with no forwarding address.