IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHYLLIS M. KNIGHT,<br><br>Plaintiff,<br><br>vs.<br><br>LACHELLE A. PHILLIPS, and ARTHUR PHILLIPS,<br><br>Defendants. | 8:21CV408<br><br>ORDER |

Plaintiff filed a "Motion in Limine" requesting that the Court "suspend" the jury trial in this case. (Filing No. 76.) As best the Court can tell, Plaintiff is arguing that a jury trial cannot be held in this civil case at this time because there is a parallel criminal case or investigation. Plaintiff has not, however, specifically identified any separate criminal case or investigation that she believes prevents the trial in this case from moving forward.

Because Plaintiff has not identified any legitimate basis for moving the trial date, her "Motion in Limine" (Filing No. 76) is denied. The trial of this matter will occur as presently scheduled.

**IT IS SO ORDERED.**

Dated this 22nd day of February, 2024.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge